FILED
CLERK
10:46 am, Mar 22, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SPIROS NTALIANAS and ILIAS ILYRIAN, on behalf
of themselves and others similarly situated,

                        Plaintiffs,                              ADOPTION ORDER
                                                                 16-cv-5934 (ADS) (GRB)
            -against-

B&A CONTRACTING OF LANDMARK INC., and
B&A CONTRACTING OF NY, INC., and KOSTAS
GEORGIADES, jointly and severally,

                        Defendants.
---------------------------------------------------------X
```

**APPEARANCES**:

**Pardalis & Nohavicka, LLP**
*Counsel for the Plaintiffs*
3510 Broadway, Suite 201
Astoria, NY 11106
      By: Ariadne A. Panagopolou, Esq., Of Counsel

**NO APPEARANCES**:

*The Defendants*

**SPATT, District Judge.**

On October 25, 2016, the Plaintiffs Spiros Ntalianas and Ilias Ilyrian commenced this putative collective action against their former employers, the Defendants B&A Contracting of Landmark, Inc., B&A Contracting of NY, Inc., and Kostas Georgiades (the "Defendants"), alleging violations of the Fair Labor Standards Act and New York Labor Law. Namely, the Plaintiffs seek to recover allegedly unpaid minimum wages, overtime wages, spread-of-hours pay, and damages arising from the Defendants' alleged failure to furnish wage statements and other required documentation. There is also a New York State cause of action based on breach of contract arising from their employment.

On February 7, 2017, after the Defendants failed to file an answer to the complaint or otherwise appear in this action, the Clerk of the Court noted their default.

On March 24, 2017, the Plaintiffs filed a motion for a default judgment, which was referred to United States Magistrate Judge Gary R. Brown for a recommendation as to whether the motion for a default judgment should be granted, and if so, what relief should be awarded.

On February 26, 2018, Judge Brown issued a Report & Recommendation recommending that that the motion for default judgment be denied without prejudice to renewal after the Plaintiffs file and serve an amended complaint naming the individuals who consented to join the action. The Court adopted Judge Brown's Report & Recommendation on March 31, 2018.

On June 4, 2018, the Clerk of the Court noted an entry of default after the Defendants failed to file an answer to the complaint or otherwise appear in this action after service of the amended complaint.

On June 29, 2018, the Plaintiffs filed a renewed motion for a default judgment.

On June 30, 2018, the Court referred this matter to United States Magistrate Judge Gary R. Brown for a recommendation as to whether the renewed motion for a default judgment should be granted, and if so, what relief should be awarded.

On February 27, 2019, Judge Brown issued a Report & Recommendation ("R&R") recommending that the Court award (1) principal damages (a) to plaintiff Spiro Karkasinas in the amount of $30,944.38, and (b) to plaintiff Aristides Ntalianis in the amount of $26,764.42; (2) attorneys' fees in the amount of $11,509.75; and (3) costs in the amount of $938.00, for a total award in the amount of $70,156.55. In addition, Judge Brown recommended that plaintiffs Argiris Ntalianis' and Ilias Ilyrian's motion for an award of damages be denied, without prejudice to a renewal upon the submission of the requisite evidentiary support.

More than fourteen (14) days have elapsed since service of the R&R on the Defendants, who have failed to file an objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result.

Accordingly, the R&R is adopted in its entirety.

**SO ORDERED.**

Dated: Central Islip, New York
March 22, 2019

                                                   */s/ Arthur D. Spatt*
                                                  ARTHUR D. SPATT
                                                United States District Judge